UNITED STATES DISTRICT COURT
for the
Western District of Texas
Austin Division

| | |
|---|---|
| MERLIN TEST TECHNOLOGIES, INC., GREG BELCIK, derivatively on behalf of MERLIN TEST TECHNOLOGIES, INC., *Plaintiff* <br><br> v. <br><br> SHANGHAI HAOJIAQING INFORMATION TECHNOLOGY CO., LTD; XYZ COMPANY; GERARD IZQUIERDO; JIMMY XIANG; ZHEER HUANG; and Does 1 through 10, inclusive, *Defendant* | § § § § § § § § § § § § § § § § | C.A. No. 1:23-cv-00982-DII |

## JOINT STATUS REPORT

This shall serve to update the Court on the present status of this matter. The case is proceeding in the Bastrop County District Court. Defendants have added their counterclaims and cross claims to the state court action, attempting to resolve as many of their disputes as possible in the state case. Plaintiff's preliminary injunction hearing was held on January 10, 2024, and Defendants' preliminary injunction hearing is set for March 6, 2024. Not all defendants have been served, and no trial date has been set. The parties do not anticipate the state court case will conclude for at least nine to twelve months given the present procedural posture of the case. The parties reserve all rights, claims and defenses.

Dated: March 4, 2024.                                              Respectfully submitted,

                                                                   */s/ Kathleen J. Mowry*

{08086551 / 2}

Kathleen J. Mowry, SBN 24127004
Messner Reeves LLP
6465 Greenwood Plaza Blvd., Suite 650
Greenwood Village, CO 80111
Telephone:  (303) 623-1800
Facsimile:  (303) 623-0552
kmowry@messner.com

Scott J. Hawranek *(Admitted Pro Hac Vice)*
Messner Reeves LLP
14 North Sierra Madre Street, Suite A
Colorado Springs, CO 80906
Telephone:  (719) 344-9907
shawranek@messner.com

Charles C. Cavanagh *(Admitted Pro Hac Vice)*
Messner Reeves LLP
1550 Wewatta St, Ste. 710
Denver, CO  80202
Telephone:  (303) 623-1800
Facsimile:  (303) 623-0552
ccavanagh@messner.com

*Attorneys for Plaintiffs*

  /s/ David E. Dunham
David E. Dunham, SBN 0622700
Matthew T. Kennedy, SBN 24092619
Dunham LLP
919 Congress Avenue, Suite 910
Austin, Texas 78701
512.615.1255 Telephone
512.615.1256 Facsimile
Email: david@dunhamllp.com
Email: matt@dunhamllp.com

*Attorneys for Defendants Izquierdo and Xiang*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was filed electronically with the United Stated District Court, Western District, Austin Division on March 4, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Tara L. Nelson
　　　　　　　　　　　　　　　　　　　　　　　　　　　Tara L. Nelson