UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MERLIN TEST TECHNOLOGIES, INC. et al., | § § § | NO. 1:23-CV-982-DAE |
| *Plaintiffs,* | § § § | |
| vs. | § § § | |
| SHANGHAI HAOJIAQING INFORMATION TECHNOLOGY CO., LTD. et al., | § § § § § | |
| *Defendants.* | § | |

ORDER ADMINISTRATIVELY CLOSING CASE

The matter before the Court is the parties' Joint Status Report, filed on April 7, 2025. (Dkt. # 40.) On December 11, 2023, Judge Pitman ordered that this case be stayed pending resolution of the Bastrop Action, filed in Texas state court. (Dkt. # 33.) On February 3, 2025, this case was reassigned to the undersigned. (Dkt. # 39.)

In the Joint Status Report, the parties advised that they "do not anticipate the [Bastrop Action] will conclude for at least another nine months or more given the present procedural posture of the case." (Dkt. # 40 at 1.) Given the status, upon review, the Court finds that an administrative closure of the case is appropriate at this time. An administrative closure is "a postponement of

proceedings," rather than "a termination." S. La. Cement, Inc. v. Van Aalst Bulk Handling, B.V., 383 F.3d 297, 302 (5th Cir. 2004). A case that is administratively closed "may be reopened upon request of the parties or on the court's own motion." Mire v. Full Spectrum Landing, Inc., 389 F.3d 163, 167 (5th Cir. 2004).

The Clerk's office is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case pending further order of the Court. Though administratively closed, this case will remain on the docket of this Court and may be reopened upon request of any party or on the Court's own motion. The parties are **ORDERED** to continue to file regular quarterly joint status updates. The parties shall file a a joint notice when the Bastrop Action has been resolved by the Bastrop County District Court and a motion to reopen the case.

In light of the administrative closure, it is **ORDERED** that all pending motions in this case are **DISMISSED WITHOUT PREJUDICE** subject to refiling, if necessary, upon the reopening of this case.

**IT IS SO ORDERED**.

DATED: Austin, Texas, June 5, 2025.

_____
David Alan Ezra
Senior United States District Judge